COMMONWEALTH of Pennsylvania,
Respondent

v.

Joseph McDERMOTT, Petitioner.

Supreme Court of Pennsylvania.

Jan. 7, 2009.

### *ORDER*

PER CURIAM.

AND NOW, this 7th day of January, 2009, the Petition for Allowance of Appeal and the Motion to Proceed *Pro Se* are DENIED.